# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Case No. 2:23 cr-00311-LSC-GMB |
| | ) |
| **JOHN WESTLEY ROGERS, JR.,** | ) |
| **Defendant.** | ) |

## MOTION FOR PRODUCTION OF TRANSCRIPT OF COLLOQUY BETWEEN DEFENDANT AND THE COURT AT ARRAIGNMENT CONCERNING THE CONDITIONS OF THE DEFENDANT'S BOND

COMES NOW, the defendant in the above-styled proceeding, **JOHN WESTLEY ROGERS, JR.**, by and through his undersigned counsel, and moves this Honorable Court for a transcript of the colloquy between the Court and the Defendant at the arraignment concerning the conditions of the Defendant's bond. As grounds for this motion, the Defendant submits the following:

1. The Defendant appeared in front of this Honorable Court at the arraignment on October 12, 2023. The Court orally instructed the Defendant concerning the conditions of his bond.

2. The Government has filed a motion to revoke the Defendant's bond alleging that the Defendant violated condition number five (5) of his bond. Condition five (5) states the following:

*"You must not contact, intimidate, or threaten any witness, victim, juror, informant, criminal investigator, or officer of the court."*

3. The Defendant respectfully requests a copy of the transcript from the arraignment concerning the conditions of the bond. This transcript is necessary for the Defendant to prepare a response to the Government's motion.

Respectfully submitted on this, the 23rd day of October, 2023.

/s/ *John C. Robbins*
John C. Robbins, ASB-5635-i70j
Attorney for the Defendant
2031 2nd Avenue North
Birmingham, AL 35203
(205) 320-5270
(205) 835-6818
jcrobbins59@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this motion upon the Office of the United States Attorney by hand delivery and through the electronic filing system of the Clerk of the District on the date and time affixed hereon.

/s/ *John C. Robbins*
John C. Robbins