UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:23-cr-311-LSC-GMB |
| ) | |
| VARRIE JOHNSON KINDALL ) | |
| JOHN WESTLEY ROGERS, JR. ) | |

## **ORDER**

The court has before it the defendants' motions (Docs. 29 & 34) to extend the trial and pretrial deadlines established by the court's Scheduling Order. The defendants have filed written waivers of their rights under the Speedy Trial Act. Docs. 29-1 & 33. According to the motions, the defendants require additional time to review discovery, evaluate the case, and consult with counsel. Given the need to adequately prepare their defenses and to make informed decisions on whether to enter a guilty plea or proceed to trial, the court finds that the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

Accordingly, it is ORDERED that:

1. The motions (Docs. 29 & 34) are GRANTED and the time between today's date and **February 5, 2024,** is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A). The trial date will be set by separate order by a United States District Judge.

2.	The deadline for pretrial motions is extended to **January 16, 2024,** with any response due no later than **January 23, 2024.**

3.	The parties shall notify the court on the earliest practicable business day the lawyers are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **January 23, 2024.**

DONE and ORDERED on October 25, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE