# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| Plaintiff, | ) | |
| | ) | 2:23-cr-00311-LSC-GMB-2 |
| v. | ) | |
| | ) | |
| JOHN WESTLEY ROGERS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Comes Now the Defendant in the above styled matter, JOHN WESTLY ROGERS, JR., by and through his undersigned counsel and hereby moves this Honorable Court for an Order continuing this matter. As grounds therefore, the Defendant shows as follows:

1. The above matter is set for trial on March 18, 2024 at 9:00 a.m.

2. The Defendant has previously filed a Waiver of Speedy Trial.

3. The discovery in this matter is voluminous and counsel needs additional time to prepare for the trial of this matter.

4. The ends of justice will best be served by continuing this matter from the March 18, 2024 trial docket.

RESPECTFULLY SUBMITTED,

/s/ John C. Robbins
John C. Robbins, ASB-5635-i70j
Attorney for Defendant

**OF COUNSEL:**
ROBBINS LAW FIRM
2031 2nd Avenue North
Birmingham, Alabama 35203
(205) 320-5270

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing via electronic filing this the 14th day of February, 2023.

/s/ John C. Robbins
Of Counsel