IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case nos. 2:23-cr-311-LSC-GMB |
| ) | 2:23-cr-184-LSC-JHE |
| VARRIE JOHNSON KINDALL ) | |

## MOTION TO WITHDRAW OBJECTION

Varrie Johnson Kindall, through counsel, moves to withdraw her Objections to the Presentence Investigation Report, filed as Document 75 in case number 2:23-cr-311 and Document 37 is case number 2:23-cr-184.

### Conclusion

Respectfully submitted,

Kevin L. Butler
Federal Public Defender
Northern District of Alabama

/s/ Courtney Murtha
Courtney Murtha
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
courtney_murtha@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted.

/s/ Courtney Murtha
Courtney Murtha
Assistant Federal Public Defender

1